No. 86–1781. SCHWEIKER ET AL. *v.* CHILICKY ET AL. C. A. 9th Cir. Certiorari granted.

No. 87–3. BRASWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 87–16. SHAPERO *v.* KENTUCKY BAR ASSN. Sup. Ct. Ky. Certiorari granted.

No. 87–65. UNITED STATES *v.* PROVIDENCE JOURNAL CO. ET AL. C. A. 1st Cir. Certiorari granted.

No. 87–107. PATTERSON *v.* MCLEAN CREDIT UNION. C. A. 4th Cir. Certiorari granted.

No. 87–157. ALLIED TUBE & CONDUIT CORP. *v.* INDIAN HEAD, INC. C. A. 2d Cir. Certiorari granted.

No. 86–1145. PATRICK *v.* BURGET ET AL. C. A. 9th Cir. Certiorari granted. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 86–1406. PUERTO RICO DEPARTMENT OF CONSUMER AFFAIRS ET AL. *v.* ISLA PETROLEUM CORP. ET AL. Temp. Emerg. Ct. App. Certiorari granted. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 86–1685. FLORIDA ET AL. *v.* LONG ET AL. C. A. 11th Cir. Motion of Equal Employment Advisory Counsel et al. for leave to file a brief as *amici curiae* granted. Certiorari granted limited to Questions 1, 2(A), 2(B), and 2(C) presented by the petition.

No. 86–1992. IMMIGRATION AND NATURALIZATION SERVICE *v.* PANGILINAN ET AL.; and

No. 86–2019. IMMIGRATION AND NATURALIZATION SERVICE *v.* MANZANO. C. A. 9th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.

No. 87–4. WHEAT *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.